# EXHIBIT A-1

**US 6,691,201**

Analysis of Infringement of U.S. Patent No. 6,691,201 by KnitWell Group LLC
(Based on Public Information Only)

Near Field Electronics LLC ("Near Field") provides this preliminary and exemplary infringement analysis with respect infringement of U.S. Patent No. 6,691,201, entitled "Dual mode USB-PS/2 device" (the "'201 patent") by KnitWell Group LLC ("KnitWell").  The following chart illustrates an exemplary analysis regarding infringement by KnitWell's NXP PN512 NFC Front-End or NFC front-end components with similar NFC functionality to the NXP PN512 (collectively, the "Accused Instrumentalities").

The analysis set forth below is based only upon information from publicly available resources regarding the Accused Instrumentalities, as KnitWell has not yet provided any non-public information.

Unless otherwise noted, Near Field contends that KnitWell directly infringes the '201 patent in violation of 35 U.S.C. § 271(a) by selling, offering to sell, making, using, and/or importing the Accused Instrumentalities.  The following exemplary analysis demonstrates that infringement.

Unless otherwise noted, Near Field believes and contends that each element of each claim asserted herein is literally met through KnitWell's provision of the Accused Instrumentalities.  However, to the extent that KnitWell attempts to allege that any asserted claim element is not literally met, Near Field believes and contends that such elements are met under the doctrine of equivalents.  More specifically, in its investigation and analysis of the Accused Instrumentalities, Near Field did not identify any substantial differences between the elements of the patent claims and the corresponding features of the Accused Instrumentalities, as set forth herein.  In each instance, the identified feature of the Accused Instrumentalities performs at least substantially the same function in substantially the same way to achieve substantially the same result as the corresponding claim element.

Near Field notes that the present claim chart and analysis are necessarily preliminary in that Near Field has not obtained substantial discovery from KnitWell nor has KnitWell disclosed any detailed analysis for its non-infringement position, if any. Further, Near Field does not have the benefit of claim construction or expert discovery.  Near Field reserves the right to supplement and/or amend the positions taken in this preliminary and exemplary infringement analysis, including with respect to literal infringement and infringement under the doctrine of equivalents, if and when warranted by further information obtained by Near Field, including but not limited to information adduced through information exchanges between the parties, fact discovery, claim construction, expert discovery, and/or further analysis.

1

**US 6,691,201**

| Claim # | Accused Instrumentalities |
|---|---|
| 14. A method for automatically selecting a signaling protocol for communicating with a host comprising the steps of: | The Accused Instrumentalities perform a method for automatically selecting a signaling protocol for communicating with a host.<br><br>The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by Soma, such as the Verifone MX925.<br><br><br><br>Photo taken by Plaintiff at 2601 Preston Rd #1198, Frisco, TX 75034 |

2

**US 6,691,201**

| Claim # | Accused Instrumentalities |
|---|---|
|  | The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by Loft, such as the Verifone MX925.<br><br><br><br>Photo taken by Plaintiff at 2601 Preston Rd, Frisco, TX 75034<br><br>The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by Chico's, such as the Verifone MX925. |

3

**US 6,691,201**

| Claim # | Accused Instrumentalities |
|---|---|
|  | <br><br>Photo taken by Plaintiff at 2601 Preston Rd Ste 1049, Frisco, TX 75034 |

4

US 6,691,201

| Claim # | Accused Instrumentalities |
|---|---|
| | The Accused Instrumentalities comprise the NFC Front-End component(s) of credit card reader Proximity Coupling Devices used by White House Black Market, such as the Verifone MX925. <br><br> <br><br> Photo taken by Plaintiff at 2601 Preston Rd STE 1081, Frisco, TX 75034 |

**US 6,691,201**

| Claim # | Accused Instrumentalities |
|---|---|
| |  Plaintiff Teardown of Verifone MX925 device <br><br> **1. General description** <br><br> PN512 is the most broadly adopted NFC frontend - powering more than 10 billion NFC transactions per year. <br><br> It is a highly integrated NFC frontend for contactless communication at 13.56 MHz. This NFC frontend utilizes an outstanding modulation and demodulation concept completely integrated for different kinds of contactless communication methods and protocols at 13.56 MHz. |

6

**US 6,691,201**

| Claim # | Accused Instrumentalities |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Section 1 on 1. |
| (A) detecting a signaling protocol of a bus connected to an integrated circuit that operates in a plurality of signaling protocols; and | The Accused Instrumentalities perform the step of detecting a signaling protocol of a bus connected to an integrated circuit that operates in a plurality of signaling protocols.<br><br>The Accused Instrumentalities automatically detect a signaling protocol (SPI, UART, I²C, or 8-bit parallel) of a bus of a host controller integrated circuit after a power-on or hard reset by sensing logic levels on control pins using fixed pin connections.<br><br>### 9.1  Automatic microcontroller interface detection<br><br>The PN512 supports direct interfacing of hosts using SPI, I2C-bus or serial UART interfaces. The PN512 resets its interface and checks the current host interface type automatically after performing a power-on or hard reset. The PN512 identifies the host interface by sensing the logic levels on the control pins after the reset phase. This is done using a combination of fixed pin connections. Table 141 shows the different connection configurations.<br><br>PN512 Product Data Sheet Rev. 5.3, 2020, Section 9.1 at 68.<br><br>The bus of the host controller is connected to an integrated circuit that operates in a plurality of signaling protocols. |

7

**US 6,691,201**

| Claim # | Accused Instrumentalities |
|---|---|
| |  Fig 2.   Detailed block diagram of the PN512 |

8

US 6,691,201

| Claim # | Accused Instrumentalities |
|---|---|
| | PN512 Product Data Sheet Rev. 5.3, 2020, Figure 2 on 7. |
| (B) configuring said integrated circuit to communicate in one of said plurality of signaling protocols in response to said detected signaling protocol of said connected bus, wherein each of said selected protocols operate over said connected bus through a single set of pins. | The Accused Instrumentalities perform the step of configuring said integrated circuit to communicate in one of said plurality of signaling protocols in response to said detected signaling protocol of said connected bus, wherein each of said selected protocols operate over said connected bus through a single set of pins. <br><br> Upon detection, the integrated circuit of the Accused Instrumentalities is configured to communicate in one of said plurality of signaling protocols (SPI, UART, I²C, 8-bit parallel) of said connected host controller bus, and each of said selected protocols operate through a single set of pins as per Tables 141 and 142. For example, SDA serves multiple roles (RX, NSS, SDA), and D7 as TX, MISO, or SCL, ensuring no pin changes are needed. |

US 6,691,201

| Claim # | Accused Instrumentalities |
|---|---|
| | **Table 141. Connection protocol for detecting different interface types** <br><br> | Pin | Interface type | | | <br> | | UART (input) | SPI (output) | I²C-bus (I/O) | <br> | SDA | RX | NSS | SDA | <br> | I²C | 0 | 0 | 1 | <br> | EA | 0 | 1 | EA | <br> | D7 | TX | MISO | SCL | <br> | D6 | MX | MOSI | ADR_0 | <br> | D5 | DTRQ | SCK | ADR_1 | <br> | D4 | - | - | ADR_2 | <br> | D3 | - | - | ADR_3 | <br> | D2 | - | - | ADR_4 | <br> | D1 | - | - | ADR_5 | <br><br> **Table 142. Connection scheme for detecting the different interface types** <br><br> (see table below) <br><br> PN512 Product Data Sheet Rev. 5.3, 2020, Figure 9.1 at 69. |

Table 141. Connection protocol for detecting different interface types

| Pin | Interface type | | |
|---|---|---|---|
| | UART (input) | SPI (output) | I²C-bus (I/O) |
| SDA | RX | NSS | SDA |
| I²C | 0 | 0 | 1 |
| EA | 0 | 1 | EA |
| D7 | TX | MISO | SCL |
| D6 | MX | MOSI | ADR_0 |
| D5 | DTRQ | SCK | ADR_1 |
| D4 | - | - | ADR_2 |
| D3 | - | - | ADR_3 |
| D2 | - | - | ADR_4 |
| D1 | - | - | ADR_5 |

Table 142. Connection scheme for detecting the different interface types

| PN512 | Parallel Interface Type | | | | Serial Interface Types | | |
|---|---|---|---|---|---|---|---|
| | Separated Read/Write Strobe | | Common Read/Write Strobe | | | | |
| Pin | Dedicated Address Bus | Multiplexed Address Bus | Dedicated Address Bus | Multiplexed Address Bus | UART | SPI | I²C |
| ALE | 1 | ALE | 1 | AS | RX | NSS | SDA |
| A5[1] | A5 | 0 | A5 | 0 | 0 | 0 | 0 |
| A4[1] | A4 | 0 | A4 | 0 | 0 | 0 | 0 |
| A3[1] | A3 | 0 | A3 | 0 | 0 | 0 | 0 |
| A2[1] | A2 | 1 | A2 | 1 | 0 | 0 | 0 |
| A1 | A1 | 1 | A1 | 1 | 0 | 0 | 1 |
| A0 | A0 | 1 | A0 | 0 | 0 | 1 | EA |
| NRD[1] | NRD | NRD | NDS | NDS | 1 | 1 | 1 |
| NWR[1] | NWR | NWR | RD/NWR | RD/NWR | 1 | 1 | 1 |
| NCS[1] | NCS | NCS | NCS | NCS | NCS | NCS | NCS |
| D7 | D7 | D7 | D7 | D7 | TX | MISO | SCL |
| D6 | D6 | D6 | D6 | D6 | MX | MOSI | ADR_0 |
| D5 | D5 | AD5 | D5 | AD5 | DTRQ | SCK | ADR_1 |
| D4 | D4 | AD4 | D4 | AD4 | - | - | ADR_2 |
| D3 | D3 | AD3 | D3 | AD3 | - | - | ADR_3 |
| D2 | D2 | AD2 | D2 | AD2 | - | - | ADR_4 |
| D1 | D1 | AD1 | D1 | AD1 | - | - | ADR_5 |
| D0 | D0 | AD0 | D0 | AD0 | - | - | ADR_6 |

Remark: Overview on the pin behavior

| Pin behavior | Input | Output | In/Out | | | | |
|---|---|---|---|---|---|---|---|

PN512 Product Data Sheet Rev. 5.3, 2020, Figure 9.1 at 69.

10

**US 6,691,201**

11